IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN LEE JOHNSON, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:15-CV-0311 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On March 22, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the Motion for Writ of Mandamus and Motion for Leave to File an Amended Habeas Corpus Petition be denied and the Petition for Habeas Corpus by a Person in State Custody be dismissed. On April 4, 2014, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. Petitioner was given opportunities to clarify his petition and the grounds upon which he sought relief. Petitioner failed to answer the simple questions asked by the United States Magistrate Judge in either his Response to the Briefing Order or petitioner's Motion for Leave to File an Amended Habeas Corpus.

The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the Motion for Writ of Mandamus and Motion for

Leave to File an Amended Habeas Corpus are DENIED and the Petition for a Writ of Habeas Corpus is DISMISSED.

    IT IS SO ORDERED.

    ENTERED this _____ 6th _____ day of _____ April _____ 2016.

                                                  MARY LOU ROBINSON
                                                UNITED STATES DISTRICT JUDGE